UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**OPERATING ENGINEERS LOCAL 324**
**PENSION FUND, ET AL**

       **Plaintiff(s)**     Case No. 06-10966
                                       HON. JOHN FEIKENS

**v.**

**FANELLI CONSTRUCTION, INC.**

       **Defendant(s)**

_____/

## ORDER OF DISMISSAL

A complaint having been filed on 3/3/2006 and no service having been accomplished;

IT IS ORDERED that this case is dismissed for lack of progress.

                                                s/John Feikens
                                                **John Feikens**
                                                **United States District Judge**

**Dated: September 27, 2006**

---

**The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 27, 2006.**

**s/Carol Cohron**
**Deputy Clerk**